FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 10 2017   ☆

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

JEAN-PARNELL LOUIS and CHARLES J. ENGEL, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

GARDA CL ATLANTIC, INC.,

    Defendants.

Case No.: 17-cv-3186

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Jean-Parnell Louis and Charles J. Engel ("Plaintiffs"), and Defendant Garda CL Atlantic, Inc., ("Defendant") that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to any party; and

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile, PDF or photocopy of this Stipulation shall be deemed an original and that this Stipulation shall be filed without further notice with the Court.

Dated: October 6, 2017

By: _/s/ Neil M. Frank_
Neil M. Frank, Esq.
FRANK & ASSOCIATES, P.C.
500 Bi-County Blvd., Suite 465
Farmingdale, New York 11735
(651) 756-0400
nfrank@laborlaws.com
*Attorneys for Plaintiffs*

By: _/s/ A. Michael Weber_
A. Michael Weber, Esq.
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022
(212) 583-9600
mweber@littler.com
*Attorneys for Defendant*

Case closed.
So ordered
S/ Joan M. Azrack
October 10, 2017